1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  DAVID R. CALLAWAY (CASBN 121782)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5596
7      Facsimile: (408) 535-5066
       E-mail: David.Callaway@usdoj.gov
8
   Attorneys for Plaintiff
9

10                    IN THE UNITED STATES DISTRICT COURT

11                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13 UNITED STATES OF AMERICA,        )   No. CR 09-00615 JW
                                    )
14         Plaintiff,               )
                                    )   STIPULATION AND [PROPOSED]
15    v.                            )   ORDER CONTINUING DATE FOR
                                    )   STATUS CONFERENCE AND
16                                  )   EXCLUDING TIME
   DIANA RIOS,                      )
17                                  )   Date:  September 14, 2009
           Defendant.               )   Time:  1:30 p.m.
18 _____ )
                                        Before The Honorable James Ware
19

20      The parties to this case hereby agree and stipulate as follows:

21      WHEREAS,

22      1.      The parties are scheduled for their first appearance before the district court at the

23 above date and time, and are still in the process of exchanging and reviewing discovery, as well

24 as discussing whether it might be possible to reach an early resolution of the case;

25      2.      Both the defendant and her counsel live in New York, and it is therefore

26 inconvenient to them to travel to California for a status hearing at which the parties would

27 simply be requesting a continuance for further status;

28      3.      Defense counsel has requested that the matter be put over to October 19, 2009, in

                                        1

1  order to accommodate both his schedule and the need for effective defense preparation; and

2      4.    The parties therefore agree that the time occasioned by this continuance is

3  excludible pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(i) and (iv).

4      IT IS THEREFORE STIPULATED AS FOLLOWS:

5      The case should be continued for a further status and setting conference to occur on

6  **Monday, October 19, 2009, at 1:30 p.m.**, before The Honorable James Ware, United States

7  District Judge.   Time between September 14 and October 19, 2009 should be excluded from the

8  Speedy Trial clock for the reasons set forth above.

    / s /
_____
ARNOLD KEITH, ESQ.
Counsel for Defendant
DATE: September 11, 2009

JOSEPH P. RUSSONIELLO
United States Attorney

    / s /
_____
DAVID R. CALLAWAY
Counsel for Plaintiff
DATE: September 11, 2009

## **ORDER**

Based upon the foregoing Stipulation and good cause appearing therefor,

IT IS HEREBY ORDERED that this matter is continued for further status and setting conference to occur on **Monday, October 19, 2009, at 1:30 p.m.**

IT IS FURTHER ORDERED that the time between September 14 and October 19, 2009, shall be excluded from the computation the period within which the trial must commence, for the reasons and based upon the statutory provisions set forth by the parties in the Stipulation.  The Court finds that the ends of justice outweigh the interests of the public and the parties in a speedier trial based upon the grounds set forth above.

DATED:  September 11, 2009

                                           _____
                                           JAMES WARE
                                           United States District Judge

**Stipulation and Order**                       2