JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

DAVID R. CALLAWAY (CASBN 121782)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5596
   Facsimile: (408) 535-5066
   E-mail: David.Callaway@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-00615 JW |
|    Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR STATUS CONFERENCE AND EXCLUDING TIME |
|    v. ) | |
| DIANA RIOS, ) | Date: March 1, 2010 |
|    Defendant. ) | Time: 1:30 p.m. |
| _____ ) | Before The Honorable James Ware |

   The parties to this case hereby agree and stipulate as follows:

   WHEREAS,

   1.   The parties are scheduled for their first appearance before the district court at the above date and time, and all parties were fully prepared to appear at the above date and time.

   2.   Both the defendant and her counsel live in New York, however, and, according to defense counsel, blizzard conditions in New York make it improbable that defendant and her counsel would be able to fly out to California this weekend.[1]

   3.   Based on his schedule and that of the defendant, defense counsel has requested

---

[1] http://www.wunderground.com/US/NY/New_York.html

1

that the matter be put over to April 12, 2010, a date to which the government does not object.

4. The parties therefore agree that the time occasioned by this continuance is excludible pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(i) and (iv).

IT IS THEREFORE STIPULATED AS FOLLOWS:

The case should be continued for a further status and setting conference, or disposition, to occur on **Monday, April 12, 2010, at 1:30 p.m.**, before The Honorable James Ware, United States District Judge.   The time between February 1 and the above date should be excluded from the Speedy Trial clock for the reasons set forth above.

/ s /
_____
ARNOLD KEITH, ESQ.
Counsel for Defendant
DATE: February 25, 2010

JOSEPH P. RUSSONIELLO
United States Attorney

/ s /
_____
DAVID R. CALLAWAY
Counsel for Plaintiff
DATE: February 25, 2010

## **ORDER**

Based upon the foregoing Stipulation and good cause appearing therefor,

IT IS HEREBY ORDERED that this matter is continued for further status and setting conference, or for disposition, to occur on **Monday, April 12, 2010, at 1:30 p.m.**

IT IS FURTHER ORDERED that the time between March 1 and April 12, 2010, shall be excluded from the computation the period within which the trial must commence, for the reasons and based upon the statutory provisions set forth by the parties in the Stipulation.  The Court finds that the ends of justice outweigh the interests of the public and the parties in a speedier trial based upon the grounds set forth above.

DATED:   February 26, 2010

_____
JAMES WARE
United States District Judge

**Stipulation and Order**                                   2