JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

DAVID R. CALLAWAY (CASBN 121782)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5596
   Facsimile: (408) 535-5066
   E-mail: David.Callaway@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-00615 JW |
| ) Plaintiff, ) | RENEWED STIPULATION CONTINUING DATE |
| ) v. ) | FOR STATUS CONFERENCE AND EXCLUDING TIME; ORDER [Proposed] |
| DIANA RIOS, ) | Date: April 12, 2010 |
| ) Defendant. ) | Time: 1:30 p.m. |
| ) _____ ) | Before The Honorable James Ware |

    The parties to this case hereby agree and stipulate as follows:

    WHEREAS,

    1.    The parties are scheduled for their first appearance before the district court at the above date and time. That date was continued from March 1, 2010 based on weather conditions in New York. Defense counsel advises that the date to which the parties had stipulated, April 12. 2010, is no longer convenient to the defendant for a number of reasons, including the difficulty of obtaining a plane ticket at such a late date at a reasonable cost. Defendant and her counsel would like to push the date back by one week, to April 19, 2010. The government has no objection.

    2.    The Court previously rejected this request and ordered the parties to appear as scheduled. Defense counsel has had additional conversations with the Court's courtroom deputy,

Ms. Garcia, and is hopeful that, based upon those additional representations, the Court may now be prepared to reconsider its earlier denial of the request to continue the date by one week.

3. The parties continue to agree that the time occasioned by this continuance is excludible pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(i) and (iv).

IT IS THEREFORE STIPULATED AS FOLLOWS:

The case should be continued for a further status and setting conference, or disposition, to occur on **Monday, April 19, 2010, at 1:30 p.m.**, before The Honorable James Ware, United States District Judge. The time between February 1 and the above date should be excluded from the Speedy Trial clock for the reasons set forth above.

/ s /
_____
ARNOLD KEITH, ESQ.
Counsel for Defendant
DATE: March 30, 2010

JOSEPH P. RUSSONIELLO
United States Attorney

/ s /
_____
DAVID R. CALLAWAY
Counsel for Plaintiff
DATE: March 30, 2010

## **ORDER**

Based upon the foregoing Stipulation and good cause appearing therefor,

IT IS HEREBY ORDERED that this matter is continued for further status and setting conference, or for disposition, to occur on **Monday, April 19, 2010, at 1:30 p.m.**

IT IS FURTHER ORDERED that the time between April 12 and April 19, 2010, shall be excluded from the computation the period within which the trial must commence, for the reasons and based upon the statutory provisions set forth by the parties in the Stipulation. The Court finds that the ends of justice outweigh the interests of the public and the parties in a speedier trial based upon the grounds set forth above.

DATED: April 12, 2010

_____
JAMES WARE
United States District Judge

**Stipulation and Order**                                                                 2