Arnold P. Keith, Jr.
Hornstein, Palumbo & Keith
350 Broadway, suite 1201
New York, N.Y. 10013
Telephone: (212) 941-7100
Facsimile: (212) 941-7217
E-mail: apkjr@earthlink.net

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DIANA RIOS,<br><br>  Defendant. | No. CR 09-00615 JW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER expanding the defendant's travel restrictions<br><br>Date:    July 13, 2010<br><br>Before The Honorable James Ware |

The parties to this case hereby agree and stipulate as follows:

WHEREAS,

1. The defendant, **DIANA RIOS, respectfully requests that she be allowed to have her travel restrictions expanded to cover the tri-state area, ie. New York, New Jersey and Connecticut. She has family and friends throughout the City of New York and in the neighboring States of New Jersey and Connecticut. During the pendency of the case, Ms. RIOS' travel was limited to the Southern and Eastern Districts of New York and to the Northern District of California. Since being sentenced to probation, her travel restrictions unfortunately changed to simply the Southern District**

1

**of New York which does not even encompass all of the boroughs of New York City.**

2.  The assigned A.U.S.A., DAVID R. CALLAWAY, Esq., indicated he is not opposed to a change in the travel restrictions. I also spoke with Ms. RIOS' Probation Officer who also indicated that she, would of course, would follow the Court Order.

IT IS THEREFORE STIPULATED AS FOLLOWS:

that DIANA RIOS be allowed to have her travel restrictions expanded to cover the tri-state area to wit: the States of New York, New Jersey and Connecticut)

/ s /

———————————————

ARNOLD P. KEITH, JR., ESQ.
Counsel for Defendant
DATE: July 13, 2010

JOSEPH P. RUSSONIELLO
United States Attorney

/ s /

———————————————

DAVID R. CALLAWAY
Counsel for Plaintiff
DATE: July 13, 2010

# ORDER

**Stipulation and Order**                2

1
2       Based upon the foregoing Stipulation and good cause
3  appearing therefor,
4       IT IS HEREBY ORDERED **DIANA RIOS' travel restrictions be**
5  **expanded to cover the tri-state area to wit; New York, New Jersey**
6  **and Connecticut.**
7  DATED: July 16, 2010
8
9                              _____
                               JAMES WARE
10                             United States District Judge

**Stipulation and Order**                 3