

7/16/2010

1 | Arnold P. Keith, Jr.
Hornstein, Palumbo & Keith
2 | 350 Broadway, suite 1201
New York, N.Y. 10013
3 | Telephone: (212) 941-7100
Facsimile: (212) 941-7217
4 | E-mail: apkjr@earthlink.net

5 | Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-00615 JW |
| ) | |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] |
| ) | ORDER exonerating bail and |
| ) | returning defendant's passport |
| ) | to her counsel |
| v. ) | |
| ) | |
| DIANA RIOS, ) | |
| ) | Date:     July 13, 2010 |
| Defendant. ) | |
| ) | |
| _____ ) | Before The Honorable James Ware |

The parties to this case hereby agree and stipulate as follows:

WHEREAS,

1.  The defendant, **DIANA RIOS**, at the time Ms. RIOS was apprehended on this matter, surrendered her passport. She would like to have her passport returned to her. It is respectfully requested that if bail has yet to be exonerated, that it be so exonerated and that her passport returned to her.

2.  The assigned A.U.S.A., DAVID R. CALLAWAY, Esq., indicated he is not opposed to this request.

1

1  IT IS THEREFORE STIPULATED AS FOLLOWS:
2  that bail be exonerated and that DIANA RIOS' passport be
3  returned to her
4  / s /
5  _____
6  ARNOLD P. KEITH, JR., ESQ.
7  Counsel for Defendant
8  DATE: July 13, 2010
9
10 JOSEPH P. RUSSONIELLO
11 United States Attorney
12
13  / s /
14 _____
15 DAVID R. CALLAWAY
16 Counsel for Plaintiff
17 DATE: July 13, 2010
18
19
20 **ORDER**
21
22  Based upon the foregoing Stipulation and good cause
23 appearing therefor,
24  IT IS HEREBY ORDERED that bail be exonerated and that DIANA
25 RIOS' passport be returned to Defendant's counsel.
26 DATED: July 16, 2010
27
28  _____
   JAMES WARE
   United States District Judge

**Stipulation and Order**                2